# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136887

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

INTERNATIONAL TRANSMISSION COMPANY,
       Plaintiff-Appellee,

v

PINE VIEW ESTATES SUBDIVISION
ASSOCIATION,
       Defendant,

and

GEORGETOWN COMMUNITIES DEVELOPMENT,
L.L.C., d/b/a RIVER RIDGE MANUFACTURED
HOME COMMUNITY, BURNS ROLLAND, SR.,
and BURNS ROLLAND, JR.,
       Defendants-Appellants.

SC: 136887
COA: 274413
Lapeer CC: 04-034627-CH

_____/

      On order of the Court, the application for leave to appeal the May 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk